AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District: Middle District of Florida | |
|---|---|---|
| Name (under which you were convicted):<br>MARIAH LYNN WHYNOT | | Docket or Case No.:<br>20-01816-CF |
| Place of Confinement:<br>Mary's Crystal Homecare, LLC<br>6132 105th Ter. N., Pinellas Park, Florida 33782 | Prisoner No.:<br>N/A | |
| Petitioner (include the name under which you were convicted)<br><br>MARIAH LYNN WHYNOT     v. | Respondent (authorized person having custody of petitioner)<br><br>MARIVIC S. SPAULDING, OWNER | |
| The Attorney General of the State of: Florida, Ashley Moody, Atty. Gen. | | |

8:20-cv-918-T-60CPT

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    The Circuit Court of the Sixth Judicial Circuit, Pinellas County, State of Florida

    Pinellas County Justice Center,

    14250 49th St. N, 4th Floor, Clearwater, Florida 33762 : (727) 453-7401

    (b) Criminal docket or case number (if you know):     20-01816-CF

2.  (a) Date of the judgment of conviction (if you know):

    (b) Date of sentencing:

3.  Length of sentence:  N/A

4.  In this case, were you convicted on more than one count or of more than one crime?     ☐ Yes     ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    1. Sexual Battery (794.011(2)(A)) and 2. Lewd & Lascivious Act (800.04(5)(B))

    There has been no judgment of conviction. Petitioner's bond of $75,000.00 ($50,000 on Count 1 and

    $25,000 on Count 2) was reduced to "Release on Recognizance" and Petitioner was relesed to a group

    home where Petitioner must wear and electronic ankle monitor. Petitioner has been advised that she

    must remain there for the next six years. Petitioner is now listed as a sexual predator. The address where

    Petitioner resides is listed publicly on the sexual offfender websites.

6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty              ☐ (4)   Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?  Not Guilty on both Counts

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

      ❑ Jury    ❑ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

      ❑ Yes    ❑ No

8.    Did you appeal from the judgment of conviction?

      ❑ Yes    ❑ No

9.    If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ❑ Yes    ❑ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?      ☐ Yes      ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?      ☐ Yes      ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☐ No

(7) Result: _____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      ☐ Yes      ☐ No

(2) Second petition:   ☐ Yes      ☐ No

(3) Third petition:     ☐ Yes      ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** IMPROPER EXECUTION OF MIRANDA and ILLEGAL CONFESSION IN VIOLATION OF THE

FIFTH AMENDMENT to the CONSTITUTION OF THE UNITED STATES

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE ATTACHED ADDENDUM OF GROUNDS: GROUND ONE

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                                 ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?                          ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

**GROUND TWO:**          INEFFECTIVE ASSISTANCE OF COUNSEL _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**SEE ATTACHED ADDENDUM OF GROUNDS: GROUND TWO**

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)   **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?        ☐ Yes     ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____

   _____

(d)   **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes     ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

_____

**GROUND THREE:**     DENIAL OF EQUAL PROTECTION OF LAWS _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE ATTACHED ADDENDUM OF GROUNDS: GROUND THREE

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____
_____
_____
_____

(c)　　**Direct Appeal of Ground Three:**

　　　　(1) If you appealed from the judgment of conviction, did you raise this issue?　　❒ Yes　　❒ No

　　　　(2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(d)　　**Post-Conviction Proceedings:**

　　　　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　　　　　❒ Yes　　❒ No

　　　　(2) If your answer to Question (d)(1) is "Yes," state:

　　　　Type of motion or petition: _____

　　　　Name and location of the court where the motion or petition was filed: _____
_____

　　　　Docket or case number (if you know): _____

　　　　Date of the court's decision: _____

　　　　Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

　　　　(3) Did you receive a hearing on your motion or petition?　　　　　　❒ Yes　　❒ No

　　　　(4) Did you appeal from the denial of your motion or petition?　　　　❒ Yes　　❒ No

　　　　(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　❒ Yes　　❒ No

　　　　(6) If your answer to Question (d)(4) is "Yes," state:

　　　　Name and location of the court where the appeal was filed: _____
_____

　　　　Docket or case number (if you know): _____

　　　　Date of the court's decision: _____

　　　　Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

AO 241 (Rev. 09/17)

      (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

     have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

     (1) If you appealed from the judgment of conviction, did you raise this issue?     ❐  Yes     ❐ No

     (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

     (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ❐  Yes     ❐  No

     (2) If your answer to Question (d)(1) is "Yes," state:

     Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

| | | | |
|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ | Yes | ☐ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ | Yes | ☐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ | Yes | ☐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:**

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

    (a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court
        having jurisdiction?   ☐ Yes   ☑ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
        presenting them:   None of the Grounds raised herein have been presented. As a defendant, Peti
        lacks the right to present these matters in state court on her own. Further, due to the intellectual
        disability of Petitioner, she lacks the competence to do so. Also, there is no means provided by
        the State of Florida by which a "friend of the court" may assist Petitioner. Petitioner can only

    (b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which
        ground or grounds have not been presented, and state your reasons for not presenting them:
        seek assistance from her grandmother to help her present these Grounds to this Court in hopes
        stooping the Constitutional violations that have befallen Petitioner. Only the granting of a Writ of
        Habeas Corpus can protect the rights Petitioner has under the Constitution of the United States.

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
    that you challenge in this petition?   ☐ Yes   ☑ No
    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues
    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy
    of any court opinion or order, if available.

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
    the judgment you are challenging?   ☐ Yes   ☑ No
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues
    raised.

AO 241 (Rev. 09/17)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Atty. Adam Teichler, Public Defender

(b) At arraignment and plea:   Atty. Adam Teichler, Public Defender

(c) At trial:         There has been no trial.

(d) At sentencing:   There has been no conviction.

(e) On appeal:       N/A

(f) In any post-conviction proceeding:       This action is pro se.

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?         ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?         ☐ Yes   ☐ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

There is no judgment of conviction

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   That the State of Georgia be required to provide Petitioner with an attorney, not attached with the Public Defender's Office, who will provide the effective assistance of counsel guranteed by the Sixth Amendment, a speedy trial, and the assessment ordered by the trial court.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on   4-11-2020   (month, date, year).

Executed (signed) on _____ (date).

*mariah Lynn whitenot*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____